JUDGE RAKOFF

08 CIV 5304 OFFICE COPY

PROSKAUER ROSE LLP
Russell L. Hirschhorn
Kevin J. Pflug
1585 Broadway
New York, New York 10036-8299
P: 212.969.3286
F: 212.969.2900
*Attorneys for Plaintiff*



RECEIVED
JUN 10 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOARD OF TRUSTEES OF THE UFCW : Civil Case No.: _____
LOCAL 174 PENSION FUND,
                                          :
         Plaintiff,                              **RULE 7.1 DISCLOSURE**
                                          :       **STATEMENT**
         v.
                                          :       **ECF CASE**
SONNY'S 10th AVENUE MEAT MARKET, :

         Defendant.                       :

---

    1.    This Disclosure Statement is prepared in compliance with Rule 7.1 of the Federal Rules of Civil Procedure.

    2.    Plaintiff Board of Trustees of the UFCW Local 174 Pension Fund has no corporate parents, subsidiaries, or affiliates.

Dated: New York, New York
        June 10, 2008

                                    PROSKAUER ROSE LLP
                                    Attorneys for Plaintiff

                                    By: _____
                                       Russell L. Hirschhorn
                                       Kevin J. Pflug
                                    1585 Broadway
                                    New York, New York 10036
                                    (212) 969-3000

                                    rhirschhorn@proskauer.com
                                    kpflug@proskauer.com

7212/74616-003 Current/11308382v1