## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 08 civ 5304                                                                 Purchased/Filed: June 10, 2008

STATE OF NEW YORK      UNITED STATES DISTRICT COURT                 SOUTHERN DISTRICT

---

Board of Trustees of the UFCW Local 174 Pension Fund                    Plaintiff

against

Sonny's 10th Avenue Meat Market                                          Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 19, 2008_____, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Civil Cover Sheet, Rule 7.1, and Complaint with Exhibits on

_____Sonny's 10th Avenue Meat Market Inc_____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __28__   Approx. Wt: __200__   Approx. Ht: __6'0"__
Color of skin: __White__   Hair color: __Brown__   Sex: __M__   Other: _____

Sworn to before me on this

__23rd__ day of _____June, 2008_____

_____                           _____
DONNA M. TIDINGS                                         Jessica Miller
NOTARY PUBLIC, State of New York